IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IGNACIO "NACHO" VARGAS, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION FILE NO. |
| | * 1:15-CV-2400-TWT |
| JONATHON C. NELMS, CHRISTOPHER C. McENTYRE, JAMES M. PYLAND, JR., and BRANDON C. PARKER, in their individual capacities, | * |
| Defendants. | * |

### CONSENT ORDER TO RESCHEDULING PRETRIAL CONFERENCE UNTIL AFTER MEDIATION

COME NOW the undersigned counsel for the parties in the above-styled civil action and hereby jointly move as follows:

1.

The parties have agreed to mediate this case and have scheduled mediation to be held in January of 2017.

2.

The Court has scheduled a pretrial conference in chambers to be held on January 12, 2017.

1

3.

If the case can be settled at mediation, it will be unnecessary to take up the Court's time with a pretrial conference, which will involve requests for advance rulings on several issues that need to be dealt with before trial.  Moreover, the uncertainty on how the court will rule on those pretrial issues will give both sides leverage in their settlement negotiations.  In the interests of judicial economy, the parties request that the conference be rescheduled until after the mediation.  In any event, Plaintiff's counsel has a conflict on January 12, 2017 that will be difficult to resolve and asks that this also be taken into consideration.

4.

The parties are diligently trying to resolve the case and will be prepared to go to trial if the case is not settled at mediation or shortly thereafter.

5.

Accordingly, the parties request that the pretrial conference be reset until after mediation.

WHEREFORE the Court having read and considered the foregoing joint motion and agreement of the parties, it is hereby

ORDERED that the pretrial conference presently set for January 12, 2017 be rescheduled until **a date to be determined**.

SO ORDERED this 19th day of December, 2016.

**/s/Thomas W. Thrash**
HON. THOMAS W. THRASH DISTRICT COURT JUDGE

BY CONSENT:

*/s/ Craig T. Jones*
_____
CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiff

THE ORLANDO FIRM, P.C.
Decatur Court, Suite 400
315 W. Ponce de Leon Avenue
Decatur, GA  30030
(404) 373-1800
craig@orlandofirm.com

*/s/ Devon Orland*
_____
DEVON ORLAND
Ga. Bar No. 554301
Attorney for Defendants

STATE LAW DEPARTMENT
40 Capitol Square, SW
Atlanta, GA 30334
(404) 463-8850
dorland@law.ga.gov