IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IGNACIO "NACHO" VARGAS, | * |
| | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION FILE NO. |
| | *   1:15-CV-2400-TWT |
| JONATHON C. NELMS, | * |
| CHRISTOPHER C. McENTYRE, | * |
| JAMES M. PYLAND, JR., and | * |
| BRANDON C. PARKER, in their | * |
| individual capacities, | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Ignacio "Nacho" Vargas, plaintiff herein, by and through his counsel of record and hereby dismisses his complaint against the defendants herein, with prejudice, pursuant to the Federal Rules of Civil Procedure Rule 41 (A)(1)(a)(ii). Each side will bear its own costs.

Respectfully submitted this 27th day of January, 2017.

| | |
|---|---|
| */s/ Devon Orland* | */s/ Craig T. Jones* |
| Devon Orland, Esq. | Craig T. Jones |
| Georgia Bar No. 554301 | Georgia Bar No. 399476 |
| OFFICE OF THE ATTORNEY GENERAL | THE ORLANDO FIRM, PC |
| 40 Capitol Square, SW | 315 West Ponce de Len Ave., Suite 400 |
| Atlanta, Georgia 30334 | Decatur, GA 30030 |
| *Counsel for the Defendants* | *Counsel for the Plaintiff* |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served in the above captioned case a copy of the foregoing Stipulation of Dismissal with Prejudice via the Court's electronic filing system, which will send copies to the following counsel of record:

Devon Orland, Esq.<br>
OFFICE OF THE ATTORNEY GENERAL<br>
40 Capitol Square, SW<br>
Atlanta, Georgia 30334

This 27th day of January, 2016.

/s/ Craig T. Jones
CRAIG T. JONES
Georgia Bar No. 399476
Counsel of Record for Plaintiff

THE ORLANDO FIRM, P.C.
Decatur Court, Suite 400
315 West Ponce de Leon Avenue
Decatur, GA  30030
(404) 373-1800